AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Nicole Floris, (DOB: XXXXXXXXXX)
Bradley Benavides, (DOB: XXXXXXXX)

*Defendants*

Case: 1:26-mj-000185
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 10/20/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of July 19, 2023 and September 28, 2023 in the District of Columbia, the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1001(a)(2) (False Statements to Congress) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Byron J Militello

*Complainant's signature*

Byron Militello, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/20/2026

*Judge's signature*

City and state: Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge

*Printed name and title*