**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**NICOLE FLORIS and BRADLEY BENAVIDES**<br><br>**Defendants** | **No. 26-mj-00185** |

**MOTION FOR LEAVE TO FILE MOTION FOR PERMISSION TO PRODUCE REDACTED JENCKS MATERIALS AT PRELIMINARY HEARING *EX PARTE* AND UNDER SEAL**

The United States of America, by and through the undersigned counsel, hereby moves for leave to file *ex parte* and under seal the Ex Parte Motion of the United States for Permission to Produce Redacted Jencks Materials at Preliminary Hearing ("Motion to Produce Redacted Jencks") and the Exhibits thereto.

The Motion to Produce Redacted Jencks provides the Court with legal authorities regarding 18 U.S.C. § 3500 (the Jencks Act) and Fed. R. Crim. P. 26.2. Within that Motion, the government also describes the nature of the material that it proposes to redact. The two Exhibits to the Motion to Produce Redacted Jencks contain an unredacted version of an audio file and a redacted version of that same audio file.

The Government agrees that most of the Motion to Produce Redacted Jencks – *i.e.,* the bulk of the discussion that contains legal authorities – can be placed on the public docket. The Government is attaching hereto as Attachment 1 a redacted version of the Motion to Produce Redacted Jencks that redacts only that portion of the Motion to Produce Redacted Jencks that

describes the nature of the materials in the audio that the Government is seeking the Court's authority to redact. The Government is not filing either of the two Exhibits to the Motion to Produce Redacted Jencks on the public docket. Exhibit A contains the full unredacted audio file for the Court's *ex parte* review. Exhibit B contains a redacted version of the audio file that the Government proposes to produce to the defendants subject to a Protective Order governing materials produced in the case.

Accordingly, the Government asks leave to file the Motion to Produce Redacted Jencks and its Exhibits *ex parte* and under seal, and hereby files as Attachment 1 a redacted version of Motion to Produce Redacted Jencks on the public docket.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/
JOHN W. BORCHERT (D.C. Bar. No. 472824)
CORY E. JACOBS
JAMES KIRKPATRICK, III
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530

October 27, 2026