**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NICOLE FLORIS,<br><br>Defendant. | No. 26-MJ-185-1 (ZMF) |

**DEFENDANT NICOLE FLORIS'S EXHIBIT AND WITNESS LIST AT THE PRELIMINARY HEARING**

Exhibits

1. **Floris Exhibit 1:** Transcript of Nicole Floris Interview by House Committee on the Judiciary, July 19, 2023.

2. **Floris Exhibit 2:** Defense counsels' demonstrative exhibiting excerpts from Floris Exhibit 1, Benavides Exhibit 1 (Affidavit of Byron Militello, Special Agent, Federal Bureau of Investigations), and Benavides Exhibit 2 (Superseding Affidavit of Bryan Witt, Special Agent, Federal Bureau of Investigations).

Witnesses

1. None

Respectfully Submitted,

*/s/ Mary L. Dohrmann*
Mary L. Dohrmann (D.C. Bar No. 90042577)
Kyle Freeny (D.C. Bar No. 1684764)
Kirby Mayo (D.C. Bar No. 1656596)
Washington Litigation Group
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8743
mdohrmann@washingtonlitigationgroup.org
kfreeny@washingtonlitigationgroup.org
kmayo@washingtonlitigationgroup.org

*/s/ Margaret Donovan*
Margaret M. Donovan (DDC No. CT0026)
Christopher M. Mattei (DDC No. CT0029)
KOSKOFF KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com
cmattei@koskoff.com

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, these papers were filed through the CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

Respectfully submitted,

*/s/ Kirby Mayo*
Kirby Mayo